No. M–24. MANZANO v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Motion for reconsideration of order denying motion to direct the Clerk to file petition for writ of certiorari out of time [*ante*, p. 964] denied.

No. M–31. COLE v. MILLARD FILLMORE HOSPITAL;
No. M–32. LAZARO v. UNITED STATES;
No. M–33. MANN v. UNIVERSITY OF CINCINNATI ET AL.; and
No. M–34. CORNELIUS v. EXXON COMPANY USA ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 120, Orig. NEW JERSEY v. NEW YORK. Motion of Western Mohegan Tribe and Nation of New York for reconsideration of order denying leave to file a brief as *amicus curiae* [*ante*, p. 993] denied.

No. 96–1693. HOPKINS, WARDEN v. REEVES. C. A. 8th Cir. [Certiorari granted, 521 U. S. 1151.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–1923. COHEN v. DE LA CRUZ ET AL. C. A. 3d Cir. [Certiorari granted, 521 U. S. 1152.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–1925. CATERPILLAR INC. v. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, ET AL. C. A. 3d Cir. [Certiorari granted, 521 U. S. 1152.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–1768. FELTNER v. COLUMBIA PICTURES TELEVISION, INC. C. A. 9th Cir. [Certiorari granted, 521 U. S. 1151.] Motion of American Intellectual Property Law Association for leave to file a brief as *amicus curiae* granted.